IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                        )
Shannen Hill,                                           )
                                                        )
        Plaintiff,                                      )
                                                        )
            v.                                          )        Case No. 24-cv-1445
                                                        )
Lonnie G. Bunch III, Secretary,                         )
Smithsonian Institution,                                )
1000 Jefferson Dr., SW                                  )
Washington, DC 205600                                   )
                                                        )
        Defendant.                                      )
_____)

**ERRATA CORRECTING CAPTION**

Pursuant to the Notice of Error, the caption in this matter should be corrected as stated above.  Plaintiff Shannen Hill is providing her address under seal pursuant to Local Civil Rule 5.1(c)(1).

Respectfully submitted,

WEBSTER& FREDRICKSON, PLLC

*/s/ Geoffrey H. Simpson*
Bruce A. Fredrickson, # 933044
Geoffrey H. Simpson, # 988437
1101 Connecticut Ave., NW, Suite 402
Washington, DC 20036
Counsel for the Plaintiff

May 17, 2024