UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANNEN HILL<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LONNIE G. BUNCH, III,<br><br>　　　　Defendant. | Civil Action No. 24-1445 (JDB) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

In accordance with Federal Rule of Civil Procedure 6(b)(1)(A), Defendant, in his official capacity as Secretary of the Smithsonian, by and through undersigned counsel, respectfully requests this Court to extend the time to respond to Plaintiff's Complaint until November 15, 2024. The response is otherwise due today, September 16. Pursuant to Local Civil Rule 7(m), undersigned counsel attempted to confer with counsel for Plaintiff by email, but was not able to obtain Plaintiff's position on the relief sought in this motion.

As grounds for this motion, undersigned represents that she was only recently assigned to this case, and has not yet been able to meaningfully confer with the agency. An extension will allow undersigned to properly do so, to receive and review the administrative file, to evaluate the facts and circumstances surrounding the allegations in the Complaint, and to determine the appropriate response.

This is Defendant's first request for an extension in this matter. Granting the requested extension will not impact any other deadlines. Accordingly, Defendant respectfully requests a 60-day extension of time until November 15, 2024, to respond to Plaintiff's Complaint.

A proposed order is enclosed herewith.

Dated: September 16, 2024　　Respectfully submitted,
Washington, DC

　　　　　　　　　　　　　　MATTHEW M. GRAVES, D.C. Bar #481052
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　BRIAN P. HUDAK
　　　　　　　　　　　　　　Chief, Civil Division

　　　　　　　　　　　　　　By: /s/ L'Shaunteé J. Robertson
　　　　　　　　　　　　　　　　L'SHAUNTEE J. ROBERTSON, D.C. BAR #980248
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　601 D Street, NW
　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　202-252-1729
　　　　　　　　　　　　　　　　Lshauntee.robertson@usdoj.gov

　　　　　　　　　　　　　　*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANNEN HILL<br><br>    Plaintiff,<br><br>  v.<br><br>LONNIE G. BUNCH, III,<br><br>    Defendant. | Civil Action No. 24-1445 (JDB) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including November 15, 2024, to respond to the Complaint in this action.

SO ORDERED:

Dated: _____

                                                                                     _____
                                                                                     JOHN D. BATES
                                                                                      District Judge