UNITED STATES COURTS DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

SHANNEN HILL

Plaintiff(s)

Civil Action No. 24-cv-1445 (AHA)

LONNIE G. BUNCH, III

Defendant(s)

## JUDGMENT ON OFFER & ACCEPTANCE

Defendant Lonnie G. Bunch, III ("Defendant") having served upon Plaintiff Shannen Hill ("Plaintiff") an Offer of Judgment in accordance with Rule 68 of the Federal Rules of Civil Procedure, Plaintiff having served written notice upon Defendant that the offer was accepted, and that said Notice of Acceptance with Offer of Judgment at ECF No. 11 having been filed, and approved by the Court,

JUDGMENT is entered for Plaintiff in the amount of Four Hundred Forty-Five Thousand Dollars ($445,000.00), together with reasonable attorney fees, and provide nothing more in full and final satisfaction of all of Plaintiff's claims in this action, including without limitation, all claims for compensatory and other damages, expert fees, injunctive and declaratory relief, and any other costs accrued or incurred through the date of service of this Offer of Judgment.

Date: June 18, 2025

Signature of clerk or deputy clerk

ANGELA D. CAESAR, CLERK OF COURT